# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0269

VERSUS

STEVEN LEWIS                                          **MAY 25, 2023**

---

In Re:    Steven Lewis, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          564058.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the motion to correct an illegal sentence, the commitment order, all pertinent minute entries, a complete copy of the December 3, 2015, guilty plea transcript, and a copy of the transcript of the February 28, 2023, hearing on the motion to correct an illegal sentence, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JMG
EW
SMM

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT